UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID C. WALL,

    Plaintiff,

v.                                                          Case No.  5:11-cv-497-Oc-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Brief as Untimely (Doc. 21) and Plaintiff's Uncontested Out-of-Time Motion for Extension of Time to File and Serve Memoranda in Support of Plaintiff's Position. (Doc. 22).

Pursuant to the Scheduling Order (Doc. 19), Plaintiff's memorandum was due to be filed by February 16, 2012.  Without any explanation or request to file it out of time, Plaintiff filed his memorandum on March 25, 2012. (Doc. 20).  Defendant then moved to dismiss Plaintiff's brief as untimely.  (Doc. 21).  Now, Plaintiff has moved the Court for leave to file his memorandum out of time and represents that Defendant has no objection as long as his deadline is likewise extended.

Upon due consideration, Defendant's Motion to Dismiss Plaintiff's Brief as Untimely (Doc. 21) is DENIED and Plaintiff's Uncontested Out-of-Time Motion for Extension of Time to File and Serve Memoranda in Support of Plaintiff's Position (Doc. 22) is GRANTED.  Plaintiff's memorandum (Doc. 20) shall stand as filed.  Defendant shall file his memorandum by May 25, 2012.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel